1
2
3
4
5
6
7
8
9
10                        **UNITED STATES DISTRICT COURT**
11                           **DISTRICT OF NEVADA**
12
13  L. SEVILLE PARKS,                )        3:04-cv-00501-HDM-VPC
                                     )
14                  Plaintiff,       )
                                     )
15  vs.                              )        ORDER
                                     )
16  DEBRA BROOKS, et al.,            )
                                     )
17                  Defendants.      )
    _____  )
18
19       The plaintiff has filed objections (#260) to several recent
20  minute orders denying his requests for leave to file documents with
    the court (Docs. #250, #252, #253, #254, #255, #256, and #257).[1]
21
22  On September 13, 2005, plaintiff was declared a vexatious litigant
23  by this court. (*See* Doc. #166).  Pursuant to this declaration,
24  plaintiff was restricted from filing any documents or motions with
25  the court without first securing leave.  Accordingly, denial of

26  _____
        [1] Docket number 251 is the court's minute order setting the trial date
27  in this matter.  Even though plaintiff included this minute order in his
    objections, he does not explain why he objects to this order. Accordingly,
28  it appears #251 was included by mistake, and the court will not address
    plaintiff's objection to it.

                                    1

leave to file was proper and plaintiff's objections are **DENIED**.
Plaintiff also objects to the failure to provide him with a consent
form pursuant to Fed. R. Civ. P. 73.  Rule 73 involves the trial of
a matter by a magistrate judge instead of a district judge if both
parties so consent.  It does not, as plaintiff appears to
contemplate, allow a party to determine whether and which
magistrate judge will conduct pretrial proceedings in his or her
case.  Further, both parties must consent to having a magistrate
conduct all trial proceedings.  As there is no evidence on the
record that defendants have so consented, plaintiff's objection is
moot.

   **IT IS SO ORDERED.**

   DATED: This 4th day of November, 2009.

                              Howard D McKibben
                              _____
                              UNITED STATES DISTRICT JUDGE