# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| L. SEVILLE PARKS, | ) | 3:04-cv-00501-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DEBRA BROOKS, et al., | ) | |
| Defendants. | ) | |

Plaintiff has filed a second motion seeking an order compelling defendants to provide him with documents and other property (#349). Plaintiff lists 16 items he purportedly needs to file his supplement and prepare for trial. The list includes requests seeking plaintiff's own property and replacement of his legal boxes, both of which issues have already been addressed by the court. The plaintiff's motion to compel defendants to provide him his property and legal boxes is therefore **DENIED**. The list

1

1 also contains a request for leave to review a video from an alleged
2 assault on January 16, 2010.  Plaintiff has failed to show how this
3 request relates to his claims in this case, and the request is
4 therefore **DENIED**.  The remainder of plaintiff's list amounts to
5 either discovery requests or to other allegations that are outside
6 the scope of this action.  Discovery in this action is closed, and
7 the court will not address contentions that do not fall within the
8 scope of this case.  Accordingly, plaintiff's remaining requests
9 are **DENIED.**

    **IT IS SO ORDERED**.

    DATED: This 20th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

2