1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10

11   L. SEVILLE PARKS,              )        3:04-cv-00501-HDM-VPC
                                    )
12                 Plaintiff,       )
                                    )
13   vs.                            )        ORDER
                                    )
14   DEBRA BROOKS, et al.,          )
                                    )
15                 Defendants.      )
     _____)
16
17        At the pretrial conference held on August 5, 2010, the court

18   granted in part, denied in part, and reserved in part on

     defendants' motion in limine (#298).  Further, the court reserved
19
     on plaintiff's motion in limine (#282).  To the extent the court
20
     reserved on these two motions, the motions are denied without
21
     prejudice to be renewed either at the calendar call scheduled for
22
     November 18, 2010, at 9:30 a.m., or at the time of trial prior to
23
     the commencement of opening arguments.
24
          IT IS SO ORDERED.
25
          DATED: This 31st day of August, 2010.
26
27
                                    _____
28                                  UNITED STATES DISTRICT JUDGE