**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| L. SEVILLE PARKS, | ) | 3:04-cv-00501-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DEBRA BROOKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

At a hearing on August 31, 2010, the plaintiff indicated that he wished to call Ely State Prison inmate Travers Greene as a witness at the trial of this matter. The court therefore ordered the Office of the Attorney General to make arrangements for Greene to testify by video. The court did not direct that any subpoena issue for Greene's appearance at that time. On September 24, 2010, Greene filed a motion asking the court to reconsider its order directing his appearance on the grounds that he has no personal firsthand knowledge of the sincerity of plaintiff's religious beliefs (#387). At calendar call on November 18, 2010, plaintiff

1

stated that he does not opppose the motion.  Accordingly, the motion for reconsideration (#387) is hereby granted, and Greene will not be required to testify at the trial of this matter.

IT IS SO ORDERED.

DATED: This 18th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE