1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11 L. SEVILLE PARKS,                  )     3:04-cv-00501-HDM-VPC
                                      )
12            Plaintiff,              )
                                      )
13 vs.                                )     ORDER
                                      )
14 DEBRA BROOKS, et al.,              )
                                      )
15            Defendants.             )
   _____)
16
       The plaintiff is advised that pursuant to Fed. R. App. P. 4,
17
he has thirty days from the date the judgment or order appealed
18
from is entered in which to file a written notice of appeal.
19
       IT IS SO ORDERED.
20
       DATED: This 14th day of December, 2010.
21

22                              /s/ Howard D. McKibben
                               _____
23                              UNITED STATES DISTRICT JUDGE

24
25
26
27
28

1