AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     NEVADA

L. SEVILLE PARKS.

V.

DEBRA BROOKS, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number:     3:04-cv-00501-HDM-VPC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Dismissal with prejudice is entered in favor of the Defendants, E.K. McDaniel, Jackie Crawford, Dwight Neven, David McNeely, and James Stogner and against the Plaintiff, L. Seville Parks.**

December 15, 2010
Date

Paris Rich
Clerk

/s/ Paris Rich
(By) Deputy Clerk